UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE,<br><br>       Plaintiff,<br><br>       v.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>       Defendants. | Civil Action No. 24-2313 (JMC) |

## **JOINT STATUS REPORT**

Pursuant to the Court's September 23, 2024, Minute Order, Plaintiff, Functional Government Initiative, and Defendants, the Department of Homeland Security, *et al.*, (collectively, "the Parties"), by and through undersigned counsel, respectfully submit the following joint status report.

Plaintiff filed its complaint on August 7, 2024, ECF No. 1, regarding its Freedom of Information Act ("FOIA") requests made to the Department of Homeland Security ("DHS"), United States Customs and Border Protection ("CBP"), and the United States Immigration and Customs Enforcement ("ICE"). *See id*.

Defendant DHS has completed its initial search for the two FOIA requests Plaintiff has made with DHS and identified approximately 175,443 pages of records. On September 23, 2024, the undersigned counsel for Defendant attempted to meet and confer with Plaintiff's counsel to determine if Plaintiff's requests could be narrowed. That request remains outstanding as of the filing of this joint status report.

Defendant CBP has completed its initial search for the FOIA request Plaintiff has made with CBP and identified approximately 845,496 pages of records. Those records are currently being reviewed for responsiveness.

Defendant ICE has conducted an initial search for documents responsive to Plaintiff's two FOIA requests. ICE is awaiting a response from one remaining sub-office to complete its searches for the FOIA requests.

Defendant does not anticipate that an *Open America v. Watergate Special Prosecution Force et al.*, 547 F.2d 605 (D.C. Cir. 1976) stay is warranted and proposes that the Parties propose a briefing schedule at the conclusion of Defendant's productions should any issues remain in dispute between the Parties.

As such, the Parties respectfully propose that they update the Court with the progress of monthly interim productions on or before January 6, 2025

\*   \*   \*

Dated: October 7, 2024

Respectfully submitted,

<u>*/s/ Jeremiah L. Morgan*</u>
Jeremiah L. Morgan
(D.C. Bar No. 1012943)
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
703-356-5070 (telephone)
703-356-5085 (fax)
jmorgan@lawandfreedom.com

*Counsel for Plaintiff*

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: *ial/s/ Dedra S. Curteman*
DEDRA S. CURTEMAN, D.C. Bar # 90021492
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-2550
dedra.curteman@usdoj.gov

*Counsel for the United States of America*

- 3 -