UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE,<br><br>      Plaintiff,<br><br>      v.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>      Defendants. | Civil Action No. 24-2313 (JMC) |

## JOINT STATUS REPORT

Pursuant to the Court's October 11, 2024, Order (ECF No. 7), Plaintiff, Functional Government Initiative, and Defendants, the Department of Homeland Security, *et al.*, (collectively, "the Parties"), by and through undersigned counsel, respectfully submit the following joint status report.

Plaintiff filed its complaint on August 7, 2024, ECF No. 1, regarding its Freedom of Information Act ("FOIA") requests made to the Department of Homeland Security ("DHS"), United States Customs and Border Protection ("CBP"), and the United States Immigration and Customs Enforcement ("ICE"). *See id*.

Defendant DHS has completed its initial search for the two FOIA requests Plaintiff has made with DHS and reviewed for responsiveness. DHS made an interim production to Plaintiff on December 31, 2024. Defendant DHS confirmed by letter on February 7, 2025, that its production on December 31, 2024, was in fact its final production and response. Plaintiff and Defendant DHS are still negotiating on whether Plaintiff has any additional questions or challenges to Defendant DHS's withholdings.

- 2 -

Defendant CBP has completed its initial search for the FOIA request Plaintiff has made to CBP and identified approximately 845,496 pages of records. Subsequently, and consistent with Plaintiff's inquiry on whether there would be a way to narrow the scope of documents, CBP provided potential ways to narrow the search in response to Plaintiff's FOIA request. Although CBP's proposal to Plaintiff to narrow the search remains pending, CBP proceeded with applying the narrowed search criteria after determining that the narrowed search criteria was how the search should have been initially completed. This narrowed search identified approximately 364 documents. Then, a responsiveness review reduced this number to approximately 84 pages. CBP is currently reviewing the narrowed set of responsive documents for redactions under 5 U.S.C. § 552(b). Additionally, CBP is assessing a time frame for processing them, including producing the records to Plaintiff.

Defendant ICE has completed its initial search for the two FOIA requests Plaintiff has made with ICE. ICE has located approximately 11,466 pages of potentially responsive documents. ICE is conducting a responsiveness review. After that responsiveness review, ICE will provide Plaintiff a further update.

*    *    *

- 3 -

Consistent with the Court's October 11, 2024, Order, the Parties will submit another joint status report in ninety days, on or before October 5, 2025.

| | |
|---|---|
| Dated: July 7, 2025<br>Washington, DC | Respectfully submitted, |
| | JEANINE FERRIS PIRRO<br>United States Attorney |
| */s/ Jeremiah L. Morgan*<br>Jeremiah L. Morgan, Esq.<br>(D.C. Bar No. 1012943)<br>William J. Olson, P.C.<br>370 Maple Avenue West, Suite 4<br>Vienna, VA 22180-5615<br>703-356-5070 (telephone)<br>703-356-5085 (fax)<br>jmorgan@lawandfreedom.com | By:  */s/ Mason D. Bracken*<br>     Mason D. Bracken<br>     Assistant United States Attorney<br>     601 D Street, N.W.<br>     Washington, D.C. 20530<br>     Telephone: (202) 252-2550<br>     mason.bracken@usdoj.gov |
| *Counsel for Plaintiff* | *Attorneys for the United States of America* |