UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>Defendants. | Civil Action No. 24-2313 (JMC) |

**JOINT STATUS REPORT**

Pursuant to the Court's October 11, 2024, Order (ECF No. 7), Plaintiff, Functional Government Initiative, and Defendants, the Department of Homeland Security, *et al.*, (collectively, "the Parties"), by and through undersigned counsel, respectfully submit the following joint status report.

Plaintiff filed its complaint on August 7, 2024, ECF No. 1, regarding its Freedom of Information Act ("FOIA") requests made to the Department of Homeland Security ("DHS"), United States Customs and Border Protection ("CBP"), and the United States Immigration and Customs Enforcement ("ICE"). *See id.*

**DHS:**

As previously reported, Defendant DHS has completed its initial search for the two FOIA requests Plaintiff has made with DHS and reviewed for responsiveness. DHS made an interim production to Plaintiff on December 31, 2024.

Defendant DHS confirmed by letter on February 7, 2025, that its production on December 31, 2024, was in fact its final production and response. Defendant DHS awaits from Plaintiff any additional questions or challenges to Defendant DHS's withholdings.

**CBP:**

As previously reported, Defendant CBP has completed its initial search for the FOIA request Plaintiff has made to CBP and identified approximately 845,496 pages of records. Subsequently, and consistent with Plaintiff's inquiry on whether there would be a way to narrow the scope of documents, CBP provided potential ways to narrow the search in response to Plaintiff's FOIA request. CBP proceeded with applying the narrowed search criteria after determining that the narrowed search criteria was how the search should have been initially completed. This narrowed search identified approximately 364 documents. Then, a responsiveness review reduced this number to approximately 84 pages.

CBP issued its final response to Plaintiff's FOIA request on February 17, 2026. For this release, CBP determined that 84 pages were responsive and released these in part with redactions. Defendant CBP awaits from Plaintiff any additional questions or challenges to CBP's withholdings.

**ICE:**

As previously reported, Defendant ICE has completed its responsiveness review for the two FOIA requests Plaintiff has made with ICE. ICE has identified approximately 648 potentially responsive pages concerning both FOIA requests. ICE reports that it has reviewed the 648 potentially responsive pages and produced all responsive, nonexempt records to Plaintiff on June 30, 2026, and July 1, 2026, but Plaintiff reports it has not received those records yet, so the Parties are conferring about resending the records.

Additionally, Defendant ICE is awaiting the return of five pages of records that are in consultation with DHS Headquarters. Those records will be produced to Plaintiff once they are received by Defendant ICE.

Consistent with the Court's October 11, 2024, Order, the Parties will submit another joint status report in ninety-one days, on or before Monday, November 23, 2026.

Dated: August 24, 2026
Washington, DC

*_/s/ William J. Olson_*
William J. Olson, P.C.
(D.C. Bar No. 233833)
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
703-356-5070 (telephone)
703-356-5085 (fax)
jmorgan@lawandfreedom.com

*Counsel for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: *_/s/ Mason D. Bracken_*
Mason D. Bracken
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-2550
mason.bracken@usdoj.gov

*Attorneys for the United States of America*